

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2014

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERT, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant Burton Kahn filed a notice of appeal on August 7, 2014, stating he "desires to appeal from the Order denying Defendants for New Trial on July 21, 2014." An order denying a motion for new trial is not independently appealable. *See In re Adams*, 416 S.W.3d 556, 560 (Tex. App.—Tyler 2013, no pet.) (citing *State Office of Risk Mgmt. v. Berdan*, 335 S.W.3d 421, 428 (Tex. App.—Corpus Christi 2011, orig. proceeding)). Rather, an appeal may generally be taken only from a final judgment. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). In his notice of appeal, appellant refers to a judgment signed June 11, 2014. However, we can find no such judgment in the four volume clerk's record filed in this court. Accordingly, it appears we lack jurisdiction over this matter.

Accordingly, we **ORDER** appellant to file in this court on or before **October 20, 2014** a written response showing cause why this court should not dismiss this appeal for want of jurisdiction. More specifically, we **ORDER** appellant in his response to identify by title and date, the order or judgment he seeks to appeal by virtue of the notice of appeal filed August 7, 2014. Moreover, we **ORDER** appellant to attached a file-stamped copy of said order or judgment to his response. Appellant is advised that this court is aware that he has filed numerous appeals in this court. The judgment he seeks to appeal in this case should not be duplicative of any judgment previously appealed by appellant to this court. If appellant does not timely file a response showing this court has jurisdiction over this appeal, we will dismiss the appeal for want of jurisdiction.

We **order** the clerk of this court to serve copies of this order on appellant, all counsel, the district clerk and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court